Matter of Bohm v Wan (2024 NY Slip Op 02584)

Matter of Bohm v Wan

2024 NY Slip Op 02584

Decided on May 09, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 09, 2024

Before: Manzanet-Daniels, J.P., Singh, Kapnick, Gesmer, Rodriguez, JJ. 

Index No. 884/23 Appeal No. 2263 Case No. 2024-01543 

[*1]In the Matter of Thomas A. Bohm, Petitioner, 
v
Hon. Lillian Wan, Respondent.

Thomas A. Bohm, petitioner pro se.
Letitia James, Attorney General, New York (Joya C. Sonnenfeldt of counsel), for respondent.

The above-named petitioner having presented an application to the Appellate Division, Second Department, which, on its own motion, transferred said proceeding to this Court, praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 9, 2024